EDWARD W. S. JOHNSTON, as Executor and Trustee under the Will of JOSEPH HUGHES, Deceased, Respondent, *v.* MARTIN T. GARVEY, Appellant.

*Johnston* v. *Garvey,* 139 App. Div. 659, affirmed.
(Argued February 13, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court

on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*Joseph G. Engel, Jacob B. Engel* and *Isaac V. Schavrein* for appellant.

*Edward W. Johnston* and *Lewis Johnston* for respondent.

Judgment affirmed, with costs, on opinion of MULLER, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.